UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In re:                                                                            Case No. 13-38138-BKC-AJC
                                                                            Chapter 7

**GRACIELA CASTRO**
SS # XXX-XX-3167

_____Debtor(s)_____/

**TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS**

The trustee herein files this Amended Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on June 8, 2016. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated: June 8, 2016                              /s/ Drew M. Dillworth
                                                             DREW M. DILLWORTH, Trustee
                                                             150 W. Flagler Street
                                                             22nd Floor
                                                             Miami, FL  33130
                                                             Telephone: (305) 789-3598
                                                             Telefax:  (305) 789-3395

#5008646 v1

Proposed Distribution                                                                                   Page 1 of 2

Case Number: 1:13-38138-AJC                                                                             Date: June 7, 2016
Debtor Name: GRACIELA CASTRO                                                                            PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $0.00 |
| | DREW M. DILLWORTH<br>150 W. FLAGLER STREET<br>MIAMI, FL 33130 | Administrative | 100 | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 |
| | DREW M. DILLWORTH<br>150 W. FLAGLER STREET<br>MIAMI, FL 33130 | Administrative | 100 | $82.74 | $82.74 | $0.00 | $0.00 | $0.00 |
| Subtotals for Class Administrative 100.00% | | | | $1,332.74 | $1,332.74 | $0.00 | $0.00 | |
| 4 | DEPARTMENT OF THE TREASURY<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Priority | 280 | $2,495.21 | $2,495.21 | $0.00 | $0.00 | $0.00 |
| Subtotals for Class Priority 100.00% | | | | $2,495.21 | $2,495.21 | $0.00 | $0.00 | |
| | DEPARTMENT OF THE TREASURY<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Unsecured | 300 | $1,088.88 | $51.02 | $1,037.86 | $0.00 | $0.00 |
| 1 | NELNET ON BEHALF OF US DEPT OF EDUCATION<br>3015 SOUTH PARKER ROAD<br>SUITE 400<br>AURORA, CO 80014 | Unsecured | 300 | $9,658.61 | $452.52 | $9,206.09 | $0.00 | $0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 300 | $288.11 | $13.50 | $274.61 | $0.00 | $0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 300 | $1,338.87 | $62.73 | $1,276.14 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | 300 | $838.26 | $39.27 | $798.99 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | 300 | $4,038.07 | $189.19 | $3,848.88 | $0.00 | $0.00 |
| 7 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 300 | $317.56 | $14.88 | $302.68 | $0.00 | $0.00 |
| 8 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | 300 | $454.64 | $21.30 | $433.34 | $0.00 | $0.00 |
| 9 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | 300 | $1,443.98 | $67.64 | $1,376.34 | $0.00 | $0.00 |

Date Printed 6/7/2016 2:44:29 PM

**Proposed Distribution**  Page 2 of 2

Case Number: 1:13-38138-AJC  
Debtor Name: GRACIELA CASTRO

Date: June 7, 2016  
PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Subtotals for Class Unsecured 4.69% | | | | $19,466.98 | $912.05 | $18,554.93 | $0.00 | |
| Totals | | | | $23,294.93 | $4,740.00 | $18,554.93 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

Date Printed 6/7/2016 2:44:29 PM